SEALED

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

2012 SEP -5  P 2: 00

| | |
|---|---|
| IN THE MATTER OF )<br>ADMINISTRATIVE SUBPOENAS TO )<br>BANK OF THE WEST AND WHITE )<br>STATE BANK )<br>    )<br>UNITED STATES SECURITIES AND )<br>EXCHANGE COMMISSION )<br>100 F STREET, N.E. )<br>WASHINGTON, D.C. 20549 ) | 2:12-cv-01575-MMD-PAL |

## IN CAMERA APPLICATION
## OF THE UNITED STATES SECURITIES AND EXCHANGE COMMISSION
## FOR AN EX PARTE ORDER SEALING RECORDS PURSUANT TO SECTION 21(h)(5)
## OF THE SECURITIES EXCHANGE ACT OF 1934

### (FILED UNDER SEAL)

The United States Securities and Exchange Commission (the "Commission") respectfully moves *in camera*, pursuant to Section 21(h)(5) of the Securities Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. §78u(h)(5)], for an *ex parte* order sealing all records related to or concerning this matter until further order of this court, except for the Clerk's issue of copies of an Order in this matter to the Commission for its use and for service, on the ground that this matter involves an Application by the Commission for an *Ex Parte* Order Pursuant to Sections 21(h)(2) and 21(h)(4) of the Exchange Act [15 U.S.C. §§78u(h)(2) and 78u(h)(4)].

In accordance with Rule 5.2 Fed. R. Civ. P. the Commission will provide the Court with a redacted set of documents filed under seal for inclusion in the record prior to the removal of the seal.

Dated: September 3, 2012

Respectfully submitted,

By: _____
Kenneth J. Guido
Attorney for Applicant
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549
Phone: (202) 551-4480 (Guido)
Facsimile: (202) 772-9286
guidok@sec.gov