# SEALED

2012 SEP -5 P 2 01

1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Telephone: (702) 388-6336
6  Facsimile: (702) 388-6787
   Email: *Blaine.Welsh@usdoj.gov*

7  Attorneys for the United States.

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENAS TO BANK OF THE WEST AND WHITE STATE BANK<br><br>UNITED STATES SECURITIES AND EXCHANGE COMMISSION<br>100 F STREET, N.E.<br>WASHINGTON, D.C. 20549-5030B | 2:12-cv-01575-MMD-PAL |

### MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY
### (FILED UNDER SEAL)

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Kenneth J. Guido to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Guido is an attorney with the Securities and Exchange Commission, an agency of the federal government. Mr. Guido is a member in good standing of the California State Bar (No. 40020) and the District of Columbia Bar (No. 151605).

1

1  The following contact information is provided to the Court:

2  Kenneth J. Guido
   Assistant Chief Litigation Counsel
3  Division of Enforcement
   United States Securities and Exchange Commission
4  100 F Street, NE
   Mail Stop 5985
5  Washington, DC 20549
   Tel. (202) 551-4480
6  Fax (202) 772-9245
   guidok@sec.gov

7

8  Accordingly, the United States respectfully requests that an order be issued allowing Mr.
9  Guido to practice before this honorable Court.

10  Respectfully submitted this 29th day of August 2012.

11  DANIEL G. BOGDEN
    United States Attorney
12

13  *[signature]*
    BLAINE T. WELSH
14  Assistant United States Attorney

...

IT IS SO ORDERED:

*[signature]*

UNITED STATES DISTRICT JUDGE
DATED: September 6, 2012

2