# SEALED

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

**FILED UNDER SEAL**    2012 SEP -5 P 2 00

| | |
|---|---|
| IN THE MATTER OF ADMINISTRATIVE SUBPOENAS TO BANK OF THE WEST AND WHITE STATE BANK | ) ) ) ) ) |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION 100 F STREET, N.E. WASHINGTON, D.C. 20549 | ) ) ) ) ) |

2:12-cv-01575-MMD-PAL

**ORDER SEALING RECORDS**
**(FILED UNDER SEAL)**

Upon consideration of the Application of the United States Securities and Exchange

Commission (the "Commission") for an order pursuant to Section 21(h)(5) of the Securities

Exchange Act of 1934 (the "Exchange Act") [15 U.S.C. §78u(h)(5)], it appearing to the Court

that this matter involves an Application by the Commission seeking an Order pursuant to Section

21(h)(4) of the Exchange Act [15 U.S.C. §78u(h)(4)],

IT IS HEREBY ORDERED that all records related to this matter shall be sealed ~~until~~
for a period of ninety(90) days,
~~further order of this court~~, except for the clerk's issue of copies of Orders to the Commission for

its use and for service.

Dated:   September 6, 2012

UNITED STATES DISTRICT JUDGE