## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

IN THE MATTER OF                                :
ADMINISTRATIVE SUBPOENAS            :
TO BANK OF THE WEST                         :
AND WHITE STATE BANK                      :
                                                                  :
                                                                  :        Case No. 2:12-cv-01575-MMD-PAL
UNITED STATES SECURITIES               :
AND EXCHANGE COMMISSION           :
100 F STREET, N.E.                                  :
WASHINGTON, D.C. 20549                     :
                                                                  :

### ORDER UNSEALING THE RECORD

Plaintiff, the Securities and Exchange Commission ("the SEC" or "the Commission"), has moved to unseal the entire record filed with the Court in this matter and that the Clerk be instructed to place all filings to date on the public ECF system or permit the plaintiff to do so.  For the reasons stated in the SEC's motion, IT IS ORDERED THAT:

The Orders sealing the record dated September 6, 2012, November 23, 2012 and February 20, 2013 respectively, are superseded and the Clerk is instructed to place the redacted record of filings made thus far in this matter on the public docket and in the ECF system or request that the SEC do so.

IT IS SO ORDERED.

DATED THIS 1st day of April 2013.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE